Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Marc Julian

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| Marc Julian<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAPITAL ONE BANK (USA), N.A.<br>　　　　Defendant. | Case No.: 3:20-cv-05419-CRB<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT CAPITAL ONE BANK (USA), N.A.; PROPOED ORDER**<br>　ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Marc Julian and Defendant Capital One Bank (USA), N.A., ("Capital One") that Capital One be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

DATED: November 19, 2020    **Gale, Angelo, Johnson, & Pruett, P.C.**

　　　　　　　　　　　　　　　　By: _/s/ Joe Angelo_
　　　　　　　　　　　　　　　　Joe Angelo
　　　　　　　　　　　　　　　　Attorneys for Plaintiff Marc Julian

DATED: November 19, 2020    **Ballard Spahr**

　　　　　　　　　　　　　　　　By: _/s/ Marcos Sasso_
　　　　　　　　　　　　　　　　Marcos Sasso
　　　　　　　　　　　　　　　　Attorneys for Defendant Capital One Bank (USA), N.A.

> Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Marcos Sasso
> /s/ Joe Angelo

**~~PROPOSED~~ ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED that Defendant Capital One Bank (USA), N.A. is dismissed with prejudice. Plaintiff and Defendant Capital One Bank (USA), N.A. shall each bear their own costs, attorneys' fees, and expenses incurred.

Date: November 20, 2020

Charles R. Breyer
U.S. DISTRICT JUDGE, United States District Court, Northern District of California